# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JOHN PATTERSON,**<br><br>                        **Plaintiff,**<br><br>      -v-<br><br>**TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and SHEFFIELD FINANCIAL,**<br><br>                        **Defendants.** | Civil Case Number: 4:21-cv-01111-Y |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against the last remaining Defendant, **EXPERIAN INFORMATION SOLUTIONS, INC.,** in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:         February 8, 2022

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*John Patterson* | /s/ Kelsey L. Smith<br>Kelsey L. Smith<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 969-4828<br>Email: ksmith@jonesday.com<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions Inc.* |