IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN PATTERSON | § | |
| | § | |
| VS. | § | ACTION NO. 4:21-CV-1111-Y |
| | § | |
| TRANSUNION, LLC, ET AL. | § | |

<u>FINAL JUDGMENT</u>

In accordance with the Stipulations of Dismissal filed on January 3, 19, and February 8, 2022, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED February 10, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE